AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Suzanne Ianni | ) Case No. |
| aka Sue Ianni | ) |
| | ) |
| | ) |
| | ) |
| Defendant | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Suzanne Ianni                                                                                       ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1) and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct on Capitol Grounds

Date:   01/18/2021                                               Robin M. Meriweather  Digitally signed by Robin M. Meriweather
                                                                                       Date: 2021.01.18 16:21:37 -05'00'
                                                                        *Issuing officer's signature*

City and state:   Washington, D.C.                              Robin M. Meriweather, United States Magistrate Judge
                                                                        *Printed name and title*

---

**Return**

This warrant was received on *(date)* 01/18/2021, and the person was arrested on *(date)* 01/19/2021
at *(city and state)* Natick, MA.

Date: 01/19/2021                                                 Brian Gutierrez
                                                                        *Arresting officer's signature*

                                                                 Brian Gutierrez  Special Agent
                                                                        *Printed name and title*