## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **Case No.** |
| | : | |
| | : | **VIOLATIONS:** |
| | : | |
| **v.** | : | **(18 U.S.C. 1752(a)(1)** |
| | : | **(Entering or Remaining in Restricted** |
| **SUZANNE IANNI,** | : | **Building or Grounds)** |
| | : | **18 U.S.C. § 1752(a)(2)** |
| **Defendant.** | : | **(Disorderly and Disruptive Conduct in a** |
| | : | **Restricted Building or Grounds)** |
| | : | **40 U.S.C. § 5104(e)(2)(D)** |
| | : | **(Disorderly Conduct in** |
| | : | **a Capitol Building)** |

### INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about January 6, 2021, in the District of Columbia, **SUZANNE IANNI**, did

unlawfully and knowingly enter and remain in a restricted building and grounds, that is, any posted,

cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where

the Vice President and Vice President-elect were temporarily visiting, without lawful authority to

do so.

(**Entering and Remaining in a Restricted Building or Grounds**, in violation of Title 18, United
States Code, Section 1752(a)(1))

### COUNT TWO

On or about January 6, 2021, in the District of Columbia, **SUZANNE IANNI**, did

knowingly, and with intent to impede and disrupt the orderly conduct of Government business and

official functions, engage in disorderly and disruptive conduct in and within such proximity to, a

restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions.

(**Disorderly and Disruptive Conduct in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(2))

## COUNT THREE

On or about January 6, 2021, in the District of Columbia, **SUZANNE IANNI**, willfully and knowingly engaged in disorderly and disruptive conduct in any of the Capitol Buildings with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress and either House of Congress, and the orderly conduct in that building of a hearing before or any deliberation of, a committee of Congress or either House of Congress.

(**Disorderly Conduct in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(D))

CHANNING PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

BY:    */s/Brittany Keil*
BRITTANY KEIL
Assistant United States Attorney
D.C. Bar No. 500054
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7763
Brittany.keil@usdoj.gov