# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | Case No.: 21-cr-451 (CJN) |
| v. | : | |
| | : | |
| **SUZANNE IANNI,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Stuart D. Allen, who may be contacted by telephone at (202) 252-7794 or by e-mail at Stuart.Allen@usdoj.gov, is entering his appearance as counsel for the United States.

Date: July 21, 2021

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By:  */s/ Stuart D. Allen*
Stuart D. Allen
D.C. Bar No. 1005102; N.Y. Bar No. 4839932
Assistant United States Attorney
National Security Section
555 Fourth Street, N.W.
Washington, D.C.  20530