UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 21-cr-00451-CJN |
| | ) | |
| SUZANNE IANNI, | ) | |
|     Defendant | ) | |

## ASSENTED TO MOTION TO CONTINUE

    Now comes counsel for Suzanne Ianni and respectfully moves to continue the Plea Agreement Hearing currently scheduled for Monday, August 22, 2022. The government agrees to the request.

    As reasons therefore,

1) On August 17, 2022, undersigned counsel and counsel for the government discussed the posture of the case. Undersigned counsel made an informal discovery request to the government. The government agreed to attempt to locate the information requested by defense counsel;

2) Counsel wishes to continue the hearing to allow for the government to respond to the request;

3) Secondly, counsel and Ms. Ianni request more time to allow the defendant to decide whether to change her plea, or to proceed to trial;

4) Counsel defers to the Court in selecting a court date;

5) The defendant agrees that the time between now and the next date be excluded from the calculations under 18 U.S.C. §§3161(h)(7)(A). The ends of justice served in the delay outweigh the best interest of the public and Ms. Ianni in a speedy trial.

Respectfully submitted,
SUZANNE IANNI,
By her attorney,
Pro Hac Vice

Date: August 19, 2022

/s/ *Henry Fasoldt*
C. Henry Fasoldt, BBO# 667422
185 Devonshire Street, Ste. 302
Boston, MA 02110
henry@bostondefenselaw.com
617-338-0009 – office

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this date, August 19, 2022

/s/ *Henry Fasoldt*
Henry Fasoldt