# Exhibit 1 – Letters of Support

<u>List of Letter Writers (in order)</u>

1) John L. Genz – Father
2) John C. Genz – Brother
3) Corinne Ianni – Daughter
4) Karen Honeker – Sister
5) Sharon Maxwell – Sister
6) Janet Aldrich – Friend
7) Susan Blais – Friend
8) Joan Quinn Eastman – Friend
9) William Gens – Friend
10) Carl Lodi – Friend
11) Richard Lodi – Friend
12) Tara Patenaude – Friend

November 9. 2022

Honorable Justice Carl J. Nichols
US District Court, District of Columbia
E. Barrett Prettyman US Courthouse
33 constitution Avenue NW
Washington, DC  20001

Dear Judge Nichols

   I am writing this Letter in regards to my daughter Suzanne Ianni.  She was brought up in a home that respect police and our country.  I am a retired State Police officer and a Korean War veteran of the Marine Corps.  My father is also a retired State Police officer and was close to Suzanne, his first grandchild. None of our family, 4 children or 12 adult grand children have ever been involved in any adverse manner with the law.

   Because of this background, I am sure that if a police officer instructed Suzanne to leave the Capitol Building, she would have immediately followed his orders. She was not there to damage any property or injure any person, but was following a misguided patriotic expression. I am sure she did not realize she was violating the law by entering the Capitol and I hope the Court will consider this when sentencing. I realize that her ignorance is no excuse under the law, however I hope you will consider it as a mitigating factor.

   Suzanne is an intelligent and dedicated woman who graduated Boston College with honors, entering the field of Electoral Engineering.  She had two patents to her credit when she became a stay at home Mom, and was extremely successful in both fields. Please also consider her 60 years of exemplary life and her true patriotism.

Respectfully

*John L. Genz*

John L. Genz

November 14, 2022

The Honorable Carl J. Nichols
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue NW
Washington DC 20001

Dear Judge Nichols,

I am writing to you about my sister, Suzanne "Suzy" Ianni.

Suzy is the oldest of my three sisters and I'm the youngest sibling and only brother. We all had a very nice childhood with a lot of fond family memories. Our dad is a retired NJ State Trooper, and our mom was a stay-at-home mom. We grew up with modest means, but our parents worked hard to provide us with a nice lifestyle and made sure to send all four of us to college. I think it is fair to say that Suzy was the strongest academically, graduating with honors from Boston University with a BS in Electrical Engineering. I became an accountant, and my other two sisters became office administrators. We each have three children, so twelve grandchildren in all on our side of the family.

Suzy retired from her position as an electrical engineer to become a stay-at-home mom to her three children. She raised a son and two daughters who are wonderful nieces and a nephew. Our families have always been close and are to this day. When we visit each other in MA, NJ or FL we always stay at each other's homes.

Suzy is an extremely hard worker and a very passionate, outspoken advocate for her beliefs. If you want to go head-to-head with Suzy in a debate, you better know your facts and be prepared, or she will defeat you hands down as she clearly demonstrated on a local MA television program a few years ago. She frequently volunteered at her children's schools, was an elected member to the Natick Town Meeting, wrote opinion columns for the county paper and volunteered for a non-profit organization.

I love my sister very much and know her well. One thing I do know is that she did not intend or cause harm to anyone on January 6th. She has suffered tremendously over the last two years from this situation. She was removed from her home in handcuffs by the FBI and the media harassed her family for weeks outside their home. The media continues to drag her good name through the mud to promote their agendas.

It is a shame that our criminal justice system is spending significant resources on a sixty-year-old mother of three, with a clean record, for walking in and out of the capital building.

In your hearing, please consider my sister Suzy's character, her clean record and that she had no intentional disregard for the law on January 6th.

Thank you in advance for your consideration.

Sincerely,

John C. Genz

Honorable Justice Carl J. Nichols
US District Court, District of Columbia
E. Barrett Prettyman US Courthouse
333 Constitution Ave. NW
Washington, DC 20001

Dear Judge Nichols,

I wanted to tell you about my mother, Sue Ianni, prior to her hearing before your court on Dec 2, 2022.

I remember when I was 5, my mom fussing over me as I got ready for ballet recitals, then fully supporting my next dream to quit ballet and pursue soccer – helping me gear up with cleats and shin guards. This unwavering love and support has helped me to persevere to achieve many of my life goals – including, having recently graduated with my doctorate and now having a meaningful career as an occupational therapist.

She always let me know how proud she was of me, and how much I was loved.  As a mom, she made sure her kids knew that they were the best and happiest thing in her life.  She told us how blessed, smart, and beautiful we all were.  She also had high expectations, but only in terms of developing our work ethic, sense of responsibility, and independence.

Growing up, my friends always felt comfortable coming in and going (without knocking) and raiding our well-renowned snack supply. I have had friends who were kicked out of their houses, and my mom without hesitation accepted them into our home – setting out an extra plate for them at dinner and treating them as a loved member of the family. Her natural inclination to help out others extends to our neighbors - taking our older adult neighbor out to stores to shop and successfully advocating for newly paved streets after a neighbor sustained an injury falling into one of many potholes on our street.

My mom has strong principles and convictions.  She taught me to be strong in the same way when faced with challenges.  She taught me to question everything, to think critically and logically. She made a mistake, but I refuse to believe she had any intention of doing harm or of causing anyone to feel threatened.

Regardless of my mother and my political differences, I can endorse she is a good person, who always puts others first. It is my personal hope that your honorable decision to maintain fair justice also takes into consideration these many admirable, positive impacts she has had within the community at large here.

Sincerely yours,

Cori Ianni

*(To the media – I, nor my immediate or extended family members, wish to speak further on this subject. Please, respect my family's privacy during these times.)*

Karen Honeker
315 Lenape Trail
Toms River, NJ  08753

November 7, 2022

The Honorable Carl J. Nichols
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue NW
Washington DC 20001

Dear Judge Nichols,

I am writing to you about my sister, Suzanne (Suzy) Ianni.

Suzy is one year older than my twin sister and me.  We have always been very close to each other, and we remain close to this day despite the miles between us.  Suzy is a goodhearted, loving and caring person always offering help before being asked.

I was a stay-at-home mom after my husband suddenly passed at age 41. I was left with three small sons to raise on a limited budget.  To this day, I remind myself how thankful I am for my family for getting me through the tragic events of that time.  Suzy was a big part of that.  She was always there to offer her support in any way I needed it.  Every Christmas, she sent me money to put toward gifts for my boys to lessen the burden on me.  Suzy also sent me a Christmas and a birthday gift every year because she wanted to put a smile on my face and be sure I had something to open on those days, too.

When my youngest son was accepted into an engineering internship program in Massachusetts, Suzy invited him to live with her family for two summers.  He had his own room, all the comforts of home and was included in all family events and outings.  She made sure he was happy there, and it was a great comfort for me to know Suzy would be taking care of him.

I hope you will consider this small insight as to the type of person my sister is.

Thank you for your time.

Sincerely,

*Karen Honeker*

Karen Honeker

October 25, 2022

The Honorable Carl J. Nichols
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Nichols,

I am writing to provide you with a snapshot of my sister, Suzanne (Suzy) Ianni.

Suzy and I are only one year apart. We have been very close for as long as I can remember. Suzy and I have always been each other's trusted confidants, protectors, advisors, and best friends.

I have seen Suzy go out of her way to help family and friends. She has always been a very kind, caring, and loving person.

When she went away to college in Boston to pursue a career in Electrical Engineering, I was proud of her and happy for her, but I missed her. We stayed in touch with frequent letters that I saved to this day.

Although she decided to stay in Massachusetts after college, we remained extremely close. She visited often, and later her family would stay with my family twice each year. Those were very happy times!

She was a wonderful aunt to my children. When my daughter was hired as an engineering summer intern at General Dynamics in Dedham MA, Suzy was excited and very happy to have her live in her home. She made sure she was happy, comfortable, and had everything she needed.

My sister is a kind person who has been law-abiding her entire life. She is not a danger to society. In fact, she makes it better.

Thank you for your time and consideration.

Sincerely,

*Sharon Maxwell*
Sharon Maxwell

**To: The Honorable Carl J. Nichols**
**US District Court, District of Columbia**
**E. Barrett Prettyman US Courthouse**
**333 Constitution Ave. NW**
**Washington, DC 20001**

**November 14, 2022**

Dear Judge Nichols,

Regarding Suzanne Ianni:

Suzanne came into my life personally more than a year ago. We are both news gatherers. I wanted Sue to join my group ComflmRegistryNews.

Last year I was hospitalized for nine days and upon my release, Sue rallied to help me at home I was surprised, honored and touched that Sue showed up to help an acquaintance.

It made me realize all my efforts the past 17 years reporting on Beacon Hill had touched many people. I was now being surrounded with people who showed their concern with action.

Suzanne is pure gold. I will forever be GRATEFUL and will never forget the bond created with Sue and others at that time in my life.

Sincerely
Janet Aldrich
ComflmRegistryNews
comflm.com,
Founder President
2004 to Present

cc Suzanne Ianni
et. al. permission allowed

Janet Aldrich
34 Rust Street Apt. 34
Hamilton Massachusetts
978 468 7888 home/office
978 388 2457 cell/comflm
crnews351@gmail.com
comflm@yahoo.com,

November 13, 2022

To Whom It May Concern,

This is a "Character Reference" for my friend Sue Ianni.

I have known Sue as a friend for just under 3 years. Sue has always been honest, hardworking and levelheaded in all our dealings. A person of the upmost integrity. Always well spoken, articulate and informed. A great communicator. She is someone with a reputation of dependability who always follows through with any task at hand. Able to adjust when the plan changes and full of fresh ideas. For this and many other reasons I am proud to call her my friend.

Sincerely,

Susie Blais

39 Cedarview Circle

Milford, Ma 01757

November 11th, 2022

**Regarding Sue Ianni**

To Whom It May Concern:

I have known Sue Ianni for several years. I also know about her family history, and her background raising her family in Natick Massachusetts. Not only is she a devoted mother of three, but she has also enjoyed careers in engineering and real estate.

Additionally, Sue is consistently the one who eagerly raises a hand to help. From stepping up to serve her community in a variety of ways, such as tirelessly volunteering, and participating in civic duties, to serving on committees, including the Natick Town Committee, she has given of herself for decades.

But Sue's efforts don't stop there. Last year, she went so far as to help a mutual friend, just an acquaintance at that point, who was very ill after being released from the hospital. Although Sue did not know her that well, she gave of her time to be there for her as part of a community effort to tend to the basic needs of a recovering patient. The two women became fast friends with a bond that remains strong today. This is a true testament to Sue Ianni's compassionate, servant's heart.

An intelligent and outspoken woman, Sue is never one to shy away from speaking out against wrongdoing and protecting those in need. She was raised in a large family in NJ where her father served as a NJ State Trooper. Maybe having an authority figure like her dad is what gave his daughter the confidence to defend others and the courage to stand up for the truth. She is a truly caring person who is passionate about helping others.

All this begs the question—Is this truly "The land of the free and the home of the brave" when a person of this caliber is pilloried?
How does an upstanding citizen like Sue Ianni end up being treated like a criminal? The ravaging process to which she has been subjected has left her life in shambles. It is clear, that for justice to really be served, Sue Ianni deserves what is left of her life to be fully restored to what it was nearly two years ago. enabling her to exercise the fundamental right to life, liberty and the pursuit of happiness.

Respectfully Submitted,

*Joan Quinn Eastman*
223 Winter Street
Hopkinton, MA 01748
Jqe@joanquinneastman.com
www.joanquinneastman.com



*In Memoriam Richard H. Gens, Esq. 1929-1998*

# GENS, STANTON & FLOREK, P.C.
BOSTON | CAPE COD

William E. Gens, Esq. †
billgens@genslawoffices.com
tel. 617-936-4591 Ext. 4588
www.genslawoffices.com

12 Ericsson Street, 2nd Floor
Boston, MA 02122
tel. 617-936-4591
fax. 617-249-0405

October 20, 2022

**TO:** The Honorable Carl Nichols
Justice of the United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington D.C. 20001

**RE:** Sue Ianni – Letter of Reference

Dear Justice Nichols,

I have known Sue Ianni for the past three years. I met her in the course of doing volunteer work, which is an activity that she has shown a deep and abiding commitment. She has at all times been generous with her time and effort and she is a valuable aid to all persons that she has served.

I have observed her always to be reliable, trustworthy, and capable. In addition, she appears to be dedicated to the well-being of her family and community. I wish to convey my sincere endorsement of her character.

Sincerely,

William E. Gens, Esq.

† ADMITTED TO PRACTICE IN THE COMMONWEALTH OF MASSACHUSETTS

November 3, 2022

The Honorable Carl J. Nichols
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Nichols,

We are writing to provide you with a personal reference for Suzanne (Sue) Ianni.

We have known Sue since 1990 as a neighbor to my late parents. In more recent years, she and our mother, Janet Lodi, became very close friends. Our mother, who passed in late July of this year (2022) at age 91 was very ill and on dialysis. Sue visited her almost daily and often took her out for coffee, shopping, for lunch at the local hot dog stand, and sometimes just for scenic drives. They made each other laugh and enjoyed each other's company immensely.

Sue drove our mother both to and from dialysis on several occasions. They brought each other mutual joy and had lots of laughs together. When electrical blackouts occurred due to weather, Sue stayed with our mother, so she wouldn't be afraid and had someone to talk to. She would also take our mother to the cemetery to visit our father's and her parent's graves and to bring flowers.

Sue planted flowers in our mother's front and back yards and took care of them for her. Sue always appreciated our mother for her kindness, especially toward her own children, bringing treats for them on Halloween, Easter, and Christmas. Their friendship was very special.

Sue Ianni has consistently proven to be a kind and caring person. She has never hesitated to help when called upon, or just when she saw a possible need. Please, consider the quality of Sue's character in your decisions.

Thank you for your consideration of our letter.

Sincerely,

*Carl F. Lodi*

Carl F. Lodi
53 Pilgrim Road
Natick, MA 01760

November 3, 2022

The Honorable Carl J. Nichols
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Nichols,

We are writing to provide you with a personal reference for Suzanne (Sue) Ianni.

We have known Sue since 1990 as a neighbor to my late parents. In more recent years, she and our mother, Janet Lodi, became very close friends. Our mother, who passed in late July of this year (2022) at age 91 was very ill and on dialysis. Sue visited her almost daily and often took her out for coffee, shopping, for lunch at the local hot dog stand, and sometimes just for scenic drives. They made each other laugh and enjoyed each other's company immensely.

Sue drove our mother both to and from dialysis on several occasions. They brought each other mutual joy and had lots of laughs together. When electrical blackouts occurred due to weather, Sue stayed with our mother, so she wouldn't be afraid and had someone to talk to. She would also take our mother to the cemetery to visit our father's and her parent's graves and to bring flowers.

Sue planted flowers in our mother's front and back yards and took care of them for her. Sue always appreciated our mother for her kindness, especially toward her own children, bringing treats for them on Halloween, Easter, and Christmas. Their friendship was very special.

Sue Ianni has consistently proven to be a kind and caring person. She has never hesitated to help when called upon, or just when she saw a possible need. Please, consider the quality of Sue's character in your decisions.

Thank you for your consideration of our letter.

Sincerely,

Richard A. Lodi
3 Bradford Circle
Marlborough, MA 01752

Tara Patenaude
116 Auburn Street
Cherry Valley, MA 01611

November 7, 2022

Re: Suzanne Ianni

Honorable Justice Carl J. Nichols
US District Court, District of Columbia
E. Barrett Prettyman US Courthouse
333 Constitution Ave. NW
Washington, DC 20001

To The Honorable Judge Nichols,

I am writing on behalf of Suzanne Ianni. I have known Suzanne for approximately 4 years. I was surprised when I heard of her arrest and the charges attached. I have only known Suzanne to be a woman who loves her country and to label her as anything else would be a mischaracterization of her true nature. She is a mother, daughter, friend and a Patriotic American.

Suzanne is a kind woman who would never knowingly do anything blatantly illegal. I have been to Washington DC with Suzanne several times. Like myself, the historical buildings and what they represent mean a great deal. While entering the Capital building was an unwise choice, the ramifications of that were not likely something realized until after the fact. I'm sure, if she could go back, she would have made different choices instead of getting swept up in the activity going on around her. I ask the court to take into account the fact that Suzanne is a woman who never intentionally broke the law, and would not do so.

The implications of her arrest have already had a significant impact on her life and hope the court will show her some leniency in this regard.

Thank you for your time.

Sincerely,

*Tara L. Patenaude*
Tara Patenaude