Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
| vs. | ) | Criminal Case No.: _____ |
|  | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |

## WAIVER OF INDICTMENT

I, _____, the above-named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

*Henry Fasoldt*
_____
Counsel for Defendant

Before: _____   Date: __September 14, 2022__