UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    )
    )
v.    )    CRIMINAL NO. 21-cr-00451-CJN
    )
SUZANNE IANNI,    )
    Defendant    )

## **MOTION TO WITHDRAW**

Now comes undersigned counsel under Local Criminal Rule 44.5(e) and hereby moves that this Honorable Court permit him to withdraw from representation of the defendant, Suzanne Ianni.

As reasons therefore,

1) Counsel represented Ms. Ianni from arraignment through sentencing, consistent with an agreement entered into between counsel and the defendant.

2) Now that the defendant seeks to pursue an appeal, she seeks new counsel. (See Motion to Appoint Counsel.)

3) Counsel's withdrawal would not unduly delay trial as Ms. Ianni waived her right to trial and pleaded guilty.

4) Counsel's withdrawal would not be "unfairly prejudicial to any party, or otherwise not be in the interests of justice." Counsel has filed a Notice of Appeal on behalf of the defendant, along with several other motions,[1] ensuring that the defendant's appellate rights are protected.

---

[1] Motion to Appoint Counsel, Motion to Seal Financial Affidavit, and Motion to Proceed *In Forma Pauperis*.

Respectfully submitted,
SUZANNE IANNI,
By her attorney,
Pro Hac Vice

Date: December 14, 2022

/s/ *Henry Fasoldt*
C. Henry Fasoldt, BBO# 667422
185 Devonshire Street, Ste. 302
Boston, MA 02110
henry@bostondefenselaw.com
617-338-0009 – office

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this date, December 14, 2022

/s/ *Henry Fasoldt*
Henry Fasoldt