UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 21-cr-00451-CJN |
| | ) | |
| SUZANNE IANNI, | ) | |
|     Defendant | ) | |

## NOTICE OF APPEAL

Now comes Suzanne Ianni and respectfully notifies the Court of her intent to appeal the sentence imposed on December 2, 2022.

Respectfully submitted,
SUZANNE IANNI,
By her attorney,
Pro Hac Vice

Date: December 14, 2022

/s/ *Henry Fasoldt*
C. Henry Fasoldt, BBO# 667422
185 Devonshire Street, Ste. 302
Boston, MA 02110
henry@bostondefenselaw.com
617-338-0009 – office

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this date, December 14, 2022

/s/ *Henry Fasoldt*
Henry Fasoldt