UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 21-cr-00451-CJN |
| | ) | |
| SUZANNE IANNI, | ) | |
|     Defendant | ) | |

## MOTION TO WITHDRAW – ADDENDUM – PERMIT LOCAL COUNSEL (KIRA ANNE WEST) TO WITHDRAW

Now comes undersigned counsel under Local Criminal Rule 44.5(e) in addition to the previously filed motion to withdraw (Doc. No. 59) and requests that the Court permit local counsel – Kira Anne West – to withdraw.

Attorney West sponsored undersigned counsel's Pro Hac Vice appearance.

                                                                         Respectfully submitted,
                                                                         SUZANNE IANNI,
                                                                         By her attorney,
                                                                         Pro Hac Vice

Date: December 14, 2022

                                                                         /s/ *Henry Fasoldt*
                                                                         C. Henry Fasoldt, BBO# 667422
                                                                         185 Devonshire Street, Ste. 302
                                                                         Boston, MA 02110
                                                                         henry@bostondefenselaw.com
                                                                         617-338-0009 – office

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this date, December 14, 2022

                                                                         /s/ *Henry Fasoldt*
                                                                         Henry Fasoldt