# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-3098**                            **September Term, 2022**

**1:21-cr-00451-CJN-1**

**Filed On: December 19, 2022**

United States of America,

    Appellee

  v.

Suzanne Ianni, also known as Sue Ianni,

    Appellant

## O R D E R

It is **ORDERED**, on the court's own motion, that this case be held in abeyance pending the district court's resolution of appellant's renewed motion for leave to proceed on appeal in forma pauperis due in the district court on December 21, 2022.

The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly following its disposition of the motion.

                                               **FOR THE COURT:**
                                               Mark J. Langer, Clerk

                              BY:     /s/
                                               Laura M. Morgan
                                               Deputy Clerk