# United States Court of Appeals

**For The District of Columbia Circuit**

_____

**No. 22-3098**　　　　　　　　　　　　　　　　**September Term, 2023**

　　　　　　　　　　　　　　　　　　　　　　　1:21-cr-00451-CJN-1

　　　　　　　　　　　　　　　　　　　**Filed On:** November 17, 2023

United States of America,

　　　Appellee

　　v.

Suzanne Ianni, also known as Sue Ianni,

　　　Appellant

### O R D E R

　　Upon consideration of the motion for voluntary dismissal of appeal and the declaration in support thereof, it is

　　**ORDERED** that the motion be granted and this case be dismissed.  See D.C. Circuit Handbook of Practice and Internal Procedures 35 (2021).

　　The Clerk is directed to issue the mandate forthwith.

　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　　　　Emily Campbell
　　　　　　　　　　　　　　　　　　Deputy Clerk