# United States District Court
## For The District of Columbia

United States of America,

v.

Suzanne Ianni,

Defendant.

Case No. 21-cr-00451 (CJN)

## Opposition to Government's Extension Motion

Suzanne Ianni, through undersigned counsel, opposes the government's motion for an extension of time to file a response, ECF No. 79, to the pending Motion for Early Termination of Probation, ECF No. 77.  *Little* makes clear that Ms. Ianni's probation is unlawful.  She is irreparably harmed each day she remains on supervision under an unlawful sentence.  The government makes no suggestion there is any counterargument to *Little*, but instead asks for 30 extra days to respond, where it already was provided 14 days by local rule, essentially tripling the amount of time it has to respond and leaving Ms. Ianni serving an unlawful sentence for that much longer.  Given Ms. Ianni's unique interest in ending her unlawful sentence, she opposes any extension.  However, should this Court disagree, Ms. Ianni submits that the government should be given no more than 14 additional days to respond.

Respectfully submitted,


A.  J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
JOANNA MUNSON PERALES
Research & Writing Attorney
625 Indiana Ave. NW, Ste. 550
Washington, D.C. 20004
(202) 208-7500

2