UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:21-cr-451-CJN |
| | : | |
| | : | |
| SUZANNE IANNI | : | |
| | : | |
| *Defendant.* | : | |

**GOVERNMENT'S MOTION TO HOLD IN ABEYANCE
DEFENDANT'S MOTION FOR EARLY TERMINATION OF PROBATION**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves to hold in abeyance Defendant Suzanne Ianni's motion for early termination of probation, ECF No. 77. Counsel for the United States conferred with counsel for Defendant Ianni before filing this motion, who indicated that the Defendant opposes this motion.

Whether resentencing, rather than early termination of probation, is the proper remedy for split sentences that were invalidated by *United States v. Little*, 78 F.4th 453, 454 (D.C. Cir. 2023), is presently before the Court of Appeals in *United States v. Caplinger*, Case No. 22-3057 (Doc. No. 2030968, filed Dec. 11, 2023). There, the defendant has filed a "Renewed Motion to Vacate And Opposition to Government Motion For Remand For Resentencing." The government's response to that motion is due on December 21, 2023.

In ruling on that motion, the Court of Appeals will determine whether the defendant is entitled to immediate relief from his probationary term or whether he should be resentenced, the same issues presently before this Court. Because any ruling would be dispositive, and to conserve judicial resources, the United States moves to hold ruling on Defendant Ianni's motion, ECF No. 77, in abeyance pending the Court of Appeals' decision in *Caplinger*.

Respectfully submitted,

UNITED STATES ATTORNEY

By: s/ *Thomas Campbell*
Thomas D. Campbell
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice
1400 New York Ave. NW
Washington, DC 20005
Tel: (202) 262-7778
Email: thomas.campbell@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 13, 2023, I served a copy of the foregoing on all parties to this matter as listed in the Court's Electronic Case Files system.

          By:      s/ *Thomas Campbell*
                    Thomas D. Campbell
                    Trial Attorney
                    Criminal Division, Fraud Section
                    U.S. Department of Justice
                    1400 New York Ave. NW
                    Washington, DC 20005
                    Tel: (202) 262-7778
                    Email: thomas.campbell@usdoj.gov